# United States Court of Appeals
### For the Eighth Circuit

_____

No. 25-1445
_____

Charles Talley, Jr.

*Plaintiff - Appellant*

v.

Frank Bisignano, Commissioner of Social Security Administration[1]

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Southern District of Iowa - Eastern

_____

Submitted: October 14, 2025
Filed: October 17, 2025
[Unpublished]

_____

Before LOKEN, BENTON, and KOBES, Circuit Judges.

_____

---

[1]Frank Bisignano has been appointed to serve as Commissioner of Social Security, and is substituted as appellee pursuant to Federal Rule of Appellate Procedure 43(c).

PER CURIAM.

Charles Talley, Jr. appeals the district court's[2] order, which affirmed the decision of the Commissioner of the Social Security Administration regarding the amount of his retirement insurance benefit payments, found that it lacked jurisdiction over his dispute regarding overpaid supplemental security income (SSI) benefits, and found that his constitutional claims failed. We affirm.

After careful review of the record and the parties' arguments on appeal, we agree that substantial evidence supported the decision of the administrative law judge regarding Talley's retirement insurance benefit payment amount. See Lucus v. Saul, 960 F.3d 1066, 1068 (8th Cir. 2020) (de novo review of district court's decision upholding denial of Social Security claim; Commissioner's decision will be upheld if it complies with relevant legal standards and is supported by substantial evidence in record as whole). We also agree that the district court lacked subject matter jurisdiction over Talley's claim regarding his SSI overpayments, see Abdurrahman v. Dayton, 903 F.3d 813, 816 (8th Cir. 2018) (de novo review of mootness dismissal); Sipp v. Astrue, 641 F.3d 975, 979 (8th Cir. 2011) (de novo review of dismissal for lack of subject matter jurisdiction based on failure to exhaust administrative remedies); and that Talley did not allege sufficient facts to state a constitutional claim, see Reutter ex rel. Reutter v. Barnhart, 372 F.3d 946, 950 (8th Cir. 2004) (de novo review of constitutional claims raised in conjunction with Social Security appeals). We find no abuse of discretion in the district court's implicit denial of Talley's request to amend the complaint, made in a sentence at the end of his reply brief. See Misischia v. St. John's Mercy Health Sys., 457 F.3d 800, 805 (8th Cir. 2006).

---

[2]The Honorable Stephanie M. Rose, Chief Judge, United States District Court for the Southern District of Iowa.

The judgment is affirmed.

_____